**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 3:99-cr-88-J-33HTS

EUGENE CARTER
_____/

**ORDER**

This matter comes before the Court upon Defendant's pro se Motion for Appointment of Counsel (Doc. # 210), filed on May 19, 2008, Defendant's pro se Motion for Retroactive Application of Sentencing Guidelines (Doc. # 211), filed on June 2, 2008, and Defendant's pro se supporting memorandum (Doc. # 212), also filed on June 2, 2008.

On May 12, 2008, Defendant filed a pro se motion requesting a sentence reduction pursuant to the retroactive amendment of the Sentencing Guidelines regarding cocaine base, and also requested that this Court appoint James Burke, Esq., as counsel for Defendant. (Doc. # 206). Thereafter, on May 15, 2008, this Court entered an Order which, among other things, appointed counsel for Defendant. (Doc. # 207). The record reflects that James Burke, Esq., entered a notice of appearance on behalf of Defendant on May 16, 2008 (Doc. # 208).

Nevertheless, after counsel was appointed, Defendant filed the aforementioned three pro se documents. James Burke, Esq. represents Defendant in this matter. Accordingly, Defendant's pro

se motion for appointment of counsel (Doc. # 210) is denied as moot.

Further, as Defendant is now represented by counsel, Defendant is advised that he is prohibited from filing pro se motions, such as Defendant's Motion for Retroactive Application of Sentencing Guidelines (Doc. # 211).  Local Rule 2.03(d), M.D. Fla., states in pertinent part, "Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court."  As Defendant is represented by competent counsel, it is neither necessary nor appropriate for Defendant to file pro se motions with this Court.  Accordingly, Defendant's Motion for Retroactive Application of Sentencing Guidelines (Doc. # 211) and supporting memorandum (Doc. # 212) are stricken from the record.

Accordingly it is

**ORDERED, ADJUDGED, and DECREED**

(1) Defendant's Motion for Appointment of Counsel (Doc. # 210) is **DENIED AS MOOT.**

(2) Defendant's Motion for Retroactive Application of Sentencing Guidelines (Doc. # 211) and supporting memorandum (Doc. # 212) are hereby **STRICKEN** from the record.

(3) As Defendant is represented by counsel, Defendant is prohibited from filing pro se motions pursuant to Local Rule 2.03(d), M.D. Fla.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>4th</u> day of June, 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Defendant

Office of the Federal Public Defender

United States Attorney's Office